|  |  |
|---|---|
| 1 | TIMOTHY COURCHAINE <br> United States Attorney |
| 2 | District of Arizona |
| 3 | SHEILA PHILLIPS <br> Assistant United States Attorney |
| 4 | Michigan State Bar No. P51656 <br> Two Renaissance Square |
| 5 | 40 N. Central Ave., Suite 1800 <br> Phoenix, Arizona 85004 |
| 6 | Telephone: (602) 514-7500 <br> Email: Sheila.Phillips2@usdoj.gov |
| 7 | Attorneys for Plaintiff |

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-26-00221-PHX-SPL |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 554(a) <br> (Smuggling Goods from the United States) <br> Count 1 |
| Hector Alfonso Quintero, Jr., | | |
| Defendant. | | 18 U.S.C. §§ 924(d) and 981; <br> 21 U.S.C. § 853; and <br> 28 U.S.C. § 2461(c) <br> (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about March 1, 2026, in the District of Arizona, Defendant, HECTOR ALFONSO QUINTERO, JR., knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 2907 rounds of 7.62x39mm ammunition,

two AK-47 rifles, and two magazines, knowing it to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

1) Interarms AK-47 Rifle Serial Number HT00144;
2) Maadi AK-47 Rifle Serial Number CM 10597;
3) 2907 rounds of 7.62 x 39mm ammunition; and
4) Two AK-47 magazines.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,
(2) has been transferred or sold to, or deposited with, a third party,
(3) has been placed beyond the jurisdiction of the court,
(4) has been substantially diminished in value, or
(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: March 10, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
SHEILA PHILLIPS
Assistant U.S. Attorney